# 18-CIV-108 FRIES, MARY KAY et al VS SAFECO INSURANCE COMPANY OF INDIANA JRI

- Case Type:
- CIVIL
- Case Status:
- Open
- File Date:
- 11/02/2018
- DCM Track:
- 
- Action:
- OTHER CIVIL
- Status Date:
- 11/02/2018
- Case Judge:
- INGRAHAM, JEFFREY R.
- Next Event:
- 

**All Information** | **Party** | **Docket** | **Financial** | **Receipt**

## Party Information

**FRIES, MARY KAY**
- Plaintiff

- DOB
- 

- Address
- 1149 E LIVINGSTON ST
  CELINA, OH 45822

**Alias**

**Party Attorney**
- Attorney
- WILSON, ERIC J
- Bar Code
- 0061185
- Address
- WILSON LAW
  P. O. Box 69
  101 North Front Street
  St. Marys, OH  45885
- Phone
- (419)394-2323

**NEW LIFE APOSTOLIC CHURCH OF CELINA OHIO**
- Plaintiff

- DOB
- 

- Address
- 231 GRAND LAKE ROAD

EXHIBIT A

CELINA, OH 45822

**Alias**

**Party Attorney**
- Attorney
- WILSON, ERIC J
- Bar Code
- 0061185
- Address
- WILSON LAW
  P. O. Box 69
  101 North Front Street
  St. Marys, OH  45885
- Phone
- (419)394-2323

**PASTOR SIMON YOUNG**
- Plaintiff

- DOB

- Address
- 231 GRAND LAKE ROAD
  CELINA, OH 45822

**Alias**
AKA                YOUNG, SIMON

**Party Attorney**
- Attorney
- WILSON, ERIC J
- Bar Code
- 0061185
- Address
- WILSON LAW
  P. O. Box 69
  101 North Front Street
  St. Marys, OH  45885
- Phone
- (419)394-2323

**SAFECO INSURANCE COMPANY OF INDIANA**
- Defendant

- DOB

- Address
- CORPORATION SERVICE COMPANY
  STATUTORY AGENT
  50 WEST BOARD ST SUITE 1330
  COLUMBUS, OH 43215

**Alias**

**Party Attorney**

### Docket Information

| Date | Description | Docket Text | Amount Owed | Image Avail. |
|---|---|---|---|---|
| 11/02/2018 | | | $198.00 | |

| Date | Description | Docket Text | Amount Owed | Image Avail. |
|------|-------------|-------------|-------------|--------------|
|  | CIVIL DEPOSIT FILED. | CIVIL DEPOSIT FILED. Receipt: 52074 Date: 11/02/2018 |  |  |
| 11/02/2018 | CIVIL FILING FEE. | CIVIL FILING FEE. Receipt: 52074 Date: 11/02/2018 | $152.00 |  |
| 11/02/2018 | COMPLAINT FILED. | COMPLAINT FILED. (ERIC WILSON ATTORNEY FOR PLANTIFFS) COPY ISSUED TO COURT. | $25.00 | Image |
| 11/02/2018 | UNDERTAKING (FOR DEPOSIT RECEIVED) | UNDERTAKING (FOR DEPOSIT RECEIVED) | $2.00 |  |
| 11/02/2018 | ADDT'L CLERK COMPUTER FEE PURSUANT TO 2303.20 ORC | ADDT'L CLERK COMPUTER FEE PURSUANT TO 2303.20 ORC FOR UNDERTAKING | $1.00 |  |
| 11/05/2018 | SUMMONS ISSUED TO THE SHERIFF OF | SUMMONS ISSUED BY CERTIFIED MAIL RETURN RECEIPTS REQUESTED UPON SAFECO INSURANCE CMPANY OF INIDIAN CORPORATION SERVICE COMPANY STATUTORY AGENT 50 WEST BROAD ST SUITE 1330 COLUMBUS OH 43215 TOGETHER WITH COMPLAINT (JURY DEMAND ENDORSED HEREON) AND SUMMONS. SUMMONS FILED. RECEIPTS FILED | $10.67 | Image |
| 11/05/2018 | ADDT'L CLERK COMPUTER FEE PURSUANT TO 2303.20 ORC | ADDT'L CLERK COMPUTER FEE PURSUANT TO 2303.20 ORC FOR SUMMONS | $1.00 |  |
| 11/13/2018 | RETURN RECEIPT FOR CERTIFIED MAIL RETURNED AND FILED. SERVICE OBTAINED | RETURN RECEIPT FOR CERTIFIED MAIL RETURNED AND FILED. SERVICE OBTAINED UPON SAFEVO INSURANCE COMPANY OF INDIANA CORPORATION SERVICE COMPANY STATUTORY AGENT 50 WEST BROAD ST SUITE 1330 COLUMBUS 43215 ON 11/7/18. (DEANNE E SCHAUSELL) | $0.00 | Image |

## Financial Summary

| Cost Type | Amount Owed | Amount Paid | Amount Adjusted | Amount Outstanding |
|-----------|-------------|-------------|-----------------|--------------------|
| COST | $191.67 | $152.00 | $0.00 | $39.67 |
| Total | Total $191.67 | Total $152.00 | Total $0.00 | Total $39.67 |

## Receipts

| Receipt Number | Receipt Date | Received From | Payment Amount |
|----------------|--------------|---------------|----------------|
| Total | Total | Total | Total $350.00 |

| Receipt Number | Receipt Date | Received From | Payment Amount |
|---|---|---|---|
| 52074 | 11/02/2018 | WILSON LAW | $350.00 |
| Total | Total | Total | Total |
|  |  |  | $350.00 |

**CALVIN W. FREEMAN**
Mercer County Clerk of Courts

101 N. Main Street • Courthouse Room 205
P.O. Box 28
Celina, Ohio 45822-0028

CERTIFIED MAIL®

9414 7266 9904 2119 6066 42



NEOPOST
11/05/2018
US POSTAGE $006.679



ZIP 45822
041M11273315

SAFECO INSURANCE COMPANY OF INDIANA
CORPORATION SERVICE COMPANY
STATUTORY AGENT
50 WEST BOARD ST SUITE 1330
COLUMBUS OH  43215

4321581470 C051

IN THE COMMON PLEAS COURT OF MERCER COUNTY, OHIO

| | |
|---|---|
| MARY KAY FRIES<br>1149 E. Livingston St.<br>Celina, Oh 45822<br><br>and<br><br>NEW LIFE APOSTOLIC CHURCH OF CELINA, OHIO,<br>231 Grand Lake Road,<br>Celina, Ohio 45822,<br><br>and<br><br>PASTOR SIMON YOUNG,<br>231 Grand Lake Road,<br>Celina, Ohio 45822,<br><br>    Plaintiffs,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF INDIANA,<br>Corporation Service Company,<br>Statutory Agent,<br>50 West Broad St., Suite 1330,<br>Columbus, Ohio. 43215<br><br>    Defendant. | CASE NO. 18-CIV-108<br><br>COMPLAINT<br><br>(JURY DEMAND ENDORSED HEREON)<br><br>Sup. R. 37 Statistical Report A<br>Classification<br><br>FILED<br>11:02<br>NOV 0 2 2018<br><br>MERCER COUNTY CLERK OF COURTS<br>CELINA, OHIO |

## FACTS

1. On November 5, 2017, a tornado damaged property located at 1149 E. Livingston St., Celina, Ohio, which property is owned by Mary Kay Fries (hereafter Fries).

Mary Kay Fries, et al., v. Safeco Insurance Company of Indiana
Complaint
Case No. _____
Page 2 of 3

2. On November 5, 2017, a tornado damaged property located at 1149 E. Livingston St., Celina, Ohio, which property is owned by New Life Apostolic Church of Celina, Ohio (hereafter New Life Church).

3. On November 5, 2017, a tornado damaged property located at 1149 E. Livingston St., Celina, Ohio, which property is owned by Pastor Simon Young (hereafter Young).

## CLAIM ONE

4. Plaintiffs re-allege paragraphs 1-3, as if fully rewritten herein.

5. Fries contracted with Safeco Insurance Company of Indiana (hereinafter Safeco) for insurance coverage, which covered the tornado damage on November 5, 2017. (Contract not attached do to its thickness).

6. The contract (Policy # OK6590776) with Safeco covered real and personal property.

7. Fries had property that was located at 231 Grand Lake Road, Celina, Ohio, that was covered by the terms of the contract.

7. Safeco has failed to comply with the terms of the contract in that it has not fully covered or compensated Fries for her damages from the tornado.

8. New Life Church had property that was located at 231 Grand Lake Road, Celina, Ohio, that was covered by the terms of the contract.

9. Safeco has failed to comply with the terms of the contract in that it has not fully covered or compensated New Life Church for its damages from the tornado.

10. Young had property that was located at 231 Grand Lake Road, Celina, Ohio, that was covered by the terms of the contract.

Mary Kay Fries, et al., v. Safeco Insurance Company of Indiana
Complaint
Case No. _____
Page 2 of 3

11. Safeco has failed to comply with the terms of the contract in that it has not fully covered or compensated Young for his damages from the tornado.

## CLAIM TWO

12. Plaintiffs re-allege paragraphs 1-11, as if fully rewritten herein.

13. Safeco has acted in bad faith in adjusting the above claims.

WHEREFORE, plaintiffs pray for judgment against the defendants, jointly and severely, for compensatory damages in excess of $25,000, plus interest and attorney fees; Punative damages, including reasonable attorney fees, in excess of $25,000; and for such other relief as deemed necessary and proper; and their costs and expenses.

Respectfully submitted,

Eric J. Wilson, #0061185
Randy LaMarr Jr., #0096384
Attorneys for Plaintiffs
101 North Front Street
P.O. Box 69
St. Marys, Ohio, 45885-0069
419-394-2323
FAX: 419-394-5755
Email: lwilsonlaw@bright.net

## JURY DEMAND

Plaintiffs request trial by jury herein.

| Return Receipt (Form 3811) Barcode | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ <br> 9590 9266 9904 2119 6066 45 | A. Signature <br> X ☐ Agent ☐ Addressee <br> B. Received by (Printed Name) Jeanne E. Schausell  C. Date of Delivery <br> D. Is delivery address different from item 1? ☐ Yes  ☐ No <br> If YES, enter delivery address below: <br> RECEIVED <br> Corporation Service Company <br> NOV 0 7 2018 <br> By |
| 1. Article Addressed to: <br> SAFECO INSURANCE COMPANY OF INDIANA <br> CORPORATION SERVICE COMPANY <br> STATUTORY AGENT <br> 50 WEST BOARD ST SUITE 1330 <br> COLUMBUS OH 43215 | |
| 18-CIV-108 MARY KAY FRIES et al VS SAFECO <br> INSURANCE COMPANY OF INDIANA <br> Mercer Co. Common Pleas Court <br> FILED <br> 12:49 <br> NOV 13 2018 <br> MERCER COUNTY CLERK OF COURTS <br> CELINA, OHIO. | 3. Service Type: Jeanne E. Schausell <br> ☒ Certified Mail  Agent <br> ☐ Certified Mail Restricted Delivery <br> Reference Information |
| 2. Certified Mail (Form 3800) Article Number <br> 9414 7266 9904 2119 6066 42 | |
| PS Form 3811, Facsimile, July 2015 | Domestic Return Receipt |

The Court of Common Pleas, Mercer County, Celina, Ohio

## *****SUMMONS*****

Rule 4 1970 Ohio Rules of Civil Procedure

18-CIV-108

MARY KAY FRIES et al
    Plaintiff

VS

SAFECO INSURANCE COMPANY OF INDIANA
    Defendant

To the above named defendant

SAFECO INSURANCE COMPANY OF INDIANA
CORPORATION
SERVICE COMPANY
STATUTORY AGENT
50 WEST BOARD ST SUITE 1330
COLUMBUS OH 43215

You are hereby summoned that a complaint (a copy of which is hereto attached and made a part hereof) has been filed against you in this court by the plaintiff(s) named herein.

You are required to serve upon the plaintiff(s) attorney, a copy of your answer to the complaint within 28 days after service of this summons upon you, exclusive of the day of service. Said answer must be filed with this court within three days after service on Plaintiff's Attorney.

The name and address of the plaintiff(s) attorney is as follows:

ERIC J WILSON
WILSON LAW
P. O. Box 69
101 North Front Street
St. Marys OH 45885

If you fail to appear and defend, judgment by default will be taken against you for the relief demanded in the complaint.

CALVIN W. FREEMAN
Clerk of Courts
By _____
Deputy

Date: November 5, 2018

FILED
NOV 05 2018
MERCER COUNTY CLERK OF COURTS
CELINA, OHIO

SAFECO INSURANCE COMPANY OF INDIANA
CORPORATION SERVICE COMPANY
STATUTORY AGENT
50 WEST BOARD ST SUITE 1330
COLUMBUS OH 43215

**Certified Article Number**
9414 7266 9904 2119 6066 42
**SENDER'S RECORD**



# U.S. Postal Service®
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

**USPS® ARTICLE NUMBER**
9414 7266 9904 2119 6066 42

| | |
|---|---|
| Certified Mail Fee | $3.45 |
| Return Receipt (Hardcopy) | $2.75 |
| Return Receipt (Electronic) | $ |
| Certified Mail Restricted Delivery | $ |
| Postage | $0.47 |
| Total Postage and Fees | $6.67 |

Postmark Here — CELINA OHIO — FILED NOV 05 2018

Sent to:

SAFECO INSURANCE COMPANY OF INDIANA
CORPORATION SERVICE COMPANY
STATUTORY AGENT
MERCER COUNTY CLERK OF COURTS
CELINA, OHIO
50 WEST BOARD ST SUITE 1330
COLUMBUS OH 43215

**Reference Information**

18-CIV-108 MARY KAY FRIES et al VS SAFECO
INSURANCE COMPANY OF INDIANA

Mercer Co. Common Pleas Court 11/5/2018

PS Form 3800, Facsimile, July 2015

Case No. 18-CIV-108     MARY KAY FRIES et al VS SAFECO INSURANCE COMPANY OF INDIANA

*****RETURN ON SUMMONS*****

Received this writ on the __2^ND__ day of _NOVEMBER_, 20_18_, at __11:02_ o'clock _A_, M., and on the _5^TH_ day of _NOVEMBER_, 20 _18_, I served the same on the within named by _CERTIFIED MAIL RETURN RECEIPTS REQUESTED_.

POSTAGE: $16.47

_Karen Winston_ (signature)

****************************************************************************
RETURN OF SUMMONS (PERSONAL)

I received this summons on _____ 20 ____, at _____ o'clock ____ .M. and made personal service of it upon _____ by locating and tendering a copy of summons and accompanying documents, on _____, 20 ____.

FEES
Service $_____
Mileage _____
Total   $_____

Sheriff, Bailiff, Process Server

By Deputy
****************************************************************************
RETURN OF SUMMONS (RESIDENCE)

I received this summons on _____ 20 ____, at _____ o'clock ____ .M. and made residence service of it upon defendant(s) _____ by leaving, at usual place of residence with _____ a person of suitable age and discretion then residing therein, a copy of the summons, a copy of the complaint and accompanying documents, on _____, 20 ____.

FEES
Service $_____
Mileage _____
Total   $_____
Date: _____

Sheriff, Bailiff, Process Server

By Deputy
****************************************************************************
RETURN OF SUMMONS (FAILURE OF SERVICE)

I received this summons on _____ 20 ____, at _____ .M. with instructions to make personal-residence service upon the defendant(s) _____ and I was unable to serve a copy of the summons upon for the following reasons: _____
_____ defendant(s) _____
_____ by leaving, at usual place of residence with _____
_____ a person of suitable age and discretion then residing therein, a copy of the summons, a copy of the complaint and accompanying documents, on _____, 20 ____.

FEES
Service $_____
Mileage _____
Total   $_____
Date: _____

Sheriff, Bailiff, Process Server

By Deputy

FILED
NOV 05 2018
MERCER COUNTY CLERK OF COURTS
CELINA, OHIO