# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **MARY KAY FRIES, ET AL.,** | : | CASE NO. 3:18-CV-02802 |
| Plaintiffs, | : | Judge Jeffrey J. Helmick |
| vs. | : | Magistrate Judge James R. Knepp, II |
| **SAFECO INSURANCE COMPANY OF INDIANA,** | : | **NOTICE OF** |
| Defendant. | : | **VOLUNTARY DISMISSAL** |

Plaintiffs hereby notify the court and defendant that they voluntarily dismiss this action without prejudice, pursuant to Federal Civil Rule 41(A).

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge

Eric J. Wilson, #0061185
Randy LaMarr Jr., #0096384
Attorneys for Defendant
P.O. Box 69
St. Marys, Ohio 45885
(419)394-2323
FAX (419) 394-5755
Email: lwilsonlaw@bright.net

## PROOF OF SERVICE

I hereby certify that a copy of the foregoing was sent by ordinary mail to William M. Harter/Frank S. Carson, at Frost Brown, Todd LLC, 10 West Broad St, Ste. 2300, Columbus, Ohio 43215, this 17 day of December, 2018.